473 A.2d 667

Commonwealth v. Emerson, Appellant.

Submitted January 3, 1984.   Margaret M. Boyce, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

Judgment of sentence affirmed.

473 A.2d 667

Commonwealth v. Fingal, III, Appellant.

Reargument Denied April 9, 1984.

Petition for Allowance of Appeal
Denied Aug. 20, 1984.

Submitted   December   8,   1983. Ambrose R. Campana, for appellant; Kevin H. Way, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed.